UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:24-cv-80279-MIDDLEBROOKS

JANISA COOPER, and all others similarly
situated pursuant to 29 U.S.C. § 216(b),

    Plaintiff(s),

v.

HEALTH CADDIES INC., a Florida
Corporation, and PETER PUCCIA,
Individually,

    Defendants.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Court's Order Granting Motion for Final Default Judgment. (DE 72). Consistent with that Order and pursuant to Federal Rule of Civil Procedure 58, final judgment is entered as set forth below.

It is hereby **ORDERED AND ADJUDGED** that

1) Final Judgment is **ENTERED** in favor of Plaintiffs Janisa Cooper and the opt in Plaintiffs against Defendant Health Caddies Inc. and Peter Puccia, jointly and severally in the following amounts:

    a. Plaintiff JANISA COOPER in the amount of **$4,500.00**, which represents $2,250.00 in unpaid overtime and $2,250.00 in liquidated damages, against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally.

    b. Opt-in Plaintiff LUSMARY LOPEZ in the amount of **$1,198.80**, which represents $599.40 in unpaid overtime and $599.40 in liquidated damages,

against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally.

c. Opt-in Plaintiff LARRY FEREBEE in the amount of **$6,611.16**, which represents $3,305.58 in unpaid overtime and $3,305.58 in liquidated damages, against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally.

d. Opt-in Plaintiff YASMIN GOMES in the amount of **$28,005.60**, which represents $14,002.09 in unpaid overtime and $14,002.09 in liquidated damages, against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally.

e. Opt-in Plaintiff BORDE COSSY in the amount of **$4,888.40**, which represents $2,444.20 in unpaid overtime and $2,444.20 in liquidated damages, against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally.

f. Opt-in Plaintiff BRANDON JEAN in the amount of **$1,071.60**, which represents $535.60 in unpaid overtime and $535.60 in liquidated damages, against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally.

g. Opt-in Plaintiff KYLE GRAHAM in the amount of **$15,200.00**, which represents $7,600.00 in unpaid overtime and $7,600.00 in liquidated damages, against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally.

    h. Opt-in Plaintiff ALESSANDRO SPANO in the amount of **$22,657.60**, which represents $11,328.80 in unpaid overtime and $11,328.80 in liquidated damages, against Defendants HEALTH CADDIES INC. and PETER PUCCIA, jointly and severally. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.

    i. Further, the Court has determined that Plaintiff is entitled to reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b). Judgment hereby is entered in favor of USA Employment Lawyers in the amount of $66,091.88 for attorneys' fees and $856.73 in taxable costs, and in favor of Eggnatz Pascucci, P.A. in the amount of $6,490.00 for attorneys' fees and $65.50 in taxable costs.

2) Interest shall accrue of this judgment pursuant to 28 U.S.C. § 1961.

3) In accordance with my previous Order (DE 71) judgment is entered in favor of USA Employment Lawyers in the amount of $66,091.88 for attorneys' fees and $856.73 in taxable costs, and in favor of Eggnatz Pascucci, P.A. in the amount of $6,490.00 for attorneys' fees and $65.50 in taxable costs against the Defendants jointly and severally.

4) All other pending motions are **DENIED AS MOOT.**

5) The Clerk of Court is directed to **CLOSE THIS CASE.**

**SIGNED** in Chambers at West Palm Beach, Florida, this __ day of February, 2025.

                                            Donald M. Middlebrooks
                                            United States District Judge

cc:    Counsel of Record

        Health Caddies Inc., Pro Se
        1761 Hillsboro Blvd., Suite 203
        Deerfield Beach, FL 33442

Peter Puccia, Pro Se
14791 Whatley Road
Delray Beach, FL 33445

Johin Shekh, Pro Se
250 N.W. 9th Street
Boca Raton, FL 33432
Email: Johin.Shekh@gmail.com